1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendants

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

11 | MRC II DISTRIBUTION COMPANY, L.P., a Delaware Limited Partnership; OAKTREE ENTERTAINMENT, INC., a Delaware Corporation, | CASE NO. CV 12 03539 ODW (JCGx) |
|---|---|
| Plaintiffs, | Honorable Otis D. Wright, II |
| v. | **ORDER RE: STIPULATION OF PARTIES FOR A BRIEFING SCHEDULE CONCERNING DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY THE ACTION** |
| LAURA ARCHER DICK COELHO, as Trustee and Beneficiary of the Philip K. Dick Testamentary Trust; ISOLDE FREYA DICK HACKETT, as Beneficiary of the Philip K. Dick Testamentary Trust; CHRISTOPHER KENNETH DICK, as Beneficiary of the Philip K. Dick Testamentary Trust; and DOES 1-10, inclusive, | Date:  July 30, 2012<br>Time:  1:30 p.m.<br>Ctrm:  11 |
| Defendants. | |

**ORDER RE: BRIEFING SCHEDULE**

4671135.1

The Court having considered the stipulation of the parties concerning a briefing schedule on Defendants' Motion to Dismiss or, Alternatively, to Stay The Action ("the Motion"), and good cause appearing therefor, IT IS ORDERED AS FOLLOWS:

1. Plaintiffs' Opposition to the Motion shall be filed on July 3, 2012.

2. Defendants' Reply in Support of the Motion shall be filed on July 16, 2012.

3. The hearing on the Motion shall be set for July 30, 2012, at 1:30 p.m. in Courtroom 11 of the above-captioned court, located at 312 North Spring Street, Los Angeles, California 90012.

DATED: _June 8, 2012

*[signature]*

United States District Judge

**ORDER RE: BRIEFING SCHEDULE**

4671135.1