## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03539-ODW(JCGx) | Date | July 23, 2012 |
|---|---|---|---|
| Title | MRC II Distribution Company LP et al v. Dick Coelho et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)   Order Vacating Hearing on** MOTION to Dismiss Case Or, Alternatively, To Stay The Action [20]

The hearing on the above-referenced motion, scheduled for July 30, 2012 at 1:30 p.m., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument . An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |