KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
808 Wilshire Boulevard, Third Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs MRC II DISTRIBUTION COMPANY L.P. and OAKTREE ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MRC II DISTRIBUTION COMPANY L.P., a Delaware Limited Partnership; OAKTREE ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURA ARCHER DICK COELHO, as Trustee and Beneficiary of the Philip K. Dick Testamentary Trust; ISOLDE FREYA DICK HACKETT, as Beneficiary of the Philip K. Dick Testamentary Trust; CHRISTOPHER KENNETH DICK, as Beneficiary of the Philip K. Dick Testamentary Trust; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-03539 ODW JCGx<br><br>**PROTECTIVE ORDER RE CONFIDENTIALITY OF DISCOVERY MATERIALS** |

4830-6908-8018.1

[PROPOSED] PROTECTIVE ORDER

# ORDER

Upon the parties having stipulated, **IT IS SO ORDERED.**

Dated: January 8, 2013

_____

**HONORABLE JAY C. GANDHI**
United States Magistrate Judge