KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
808 Wilshire Boulevard, Third Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs MRC II
DISTRIBUTION COMPANY L.P. and
OAKTREE ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MRC II DISTRIBUTION COMPANY L.P., a Delaware Limited Partnership; OAKTREE ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LAURA ARCHER DICK COELHO, as Trustee and Beneficiary of the Philip K. Dick Testamentary Trust; ISOLDE FREYA DICK HACKETT, as Beneficiary of the Philip K. Dick Testamentary Trust; CHRISTOPHER KENNETH DICK, as Beneficiary of the Philip K. Dick Testamentary Trust; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-03539 ODW JCGx<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10021.00010/162931.1

1   Pursuant to the agreement of the parties and Fed. R. Civ. P. 41(a)(2), Plaintiffs

2   DISTRIBUTION   COMPANY   L.P.   and   OAKTREE   ENTERTAINMENT,   INC.

3   ("Plaintiffs")   and   Defendants   LAURA   ARCHER   DICK   COELHO,   as   Trustee   and

4   Beneficiary   of   the   Philip   K.   Dick   Testamentary   Trust;   ISOLDE   FREYA   DICK

5   HACKETT, as Beneficiary of the Philip K. Dick Testamentary Trust; CHRISTOPHER

6   KENNETH   DICK,   as   Beneficiary   of   the   Philip   K.   Dick   Testamentary   Trust

7   ("Defendants") hereby stipulate and agree this action may be dismissed with prejudice,

8   each side to bear their own costs and fees.

9

10   RESPECTFULLY SUBMITTED: May 14, 2013.

11

12   **MITCHELL SILBERBERG**          **KINSELLA WEITZMAN ISER**
     **& KNUPP LLP**                   **KUMP & ALDISERT LLP**

13

14   /S/ Russell J. Frackman_____   /S/  Jeremiah Reynolds_____
     Russell J. Frackman              Michael Kump

15   Attorneys for Defendants         Jeremiah Reynolds
     LAURA ARCHER DICK COELHO,        Attorneys for Plaintiffs

16   as Trustee and Beneficiary of the   MRC II DISTRIBUTION CO., L.P
     Philip K. Dick Testamentary Trust, et al.   and Oaktree Entertainment Inc.

17

18

19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14 , 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following:

Russell J. Frackman, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA  90064

Michael J. Kump, Esq.
Jeremiah T. Reynolds, Esq.
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA  90401

And a courtesy copy of the foregoing delivered to:
Honorable Otis D. Wright II
United States Courthouse
Western Division
312 North Spring Street
Los Angeles, CA  90012-4701

/s/Jentry H. Collins

10021.00010/162931.1

2

STIPULATION TO DISMISS